[No. 27844-1-III.   Division Three.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM KURRLE III, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00249-1, Allen Nielson, J., entered January 29, 2009. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 27195-1-III.   Division Three.   November 19, 2009.]

JIN SONG ET AL., *Appellants*, v. J.C. PENNEY COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-2-01283-2, Robert G. Swisher, J., entered June 6, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[Nos. 27203-6-III; 27879-4-III.   Division Three.   November 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN B. BROCKIE, *Appellant*.

*In the Matter of the Personal Restraint of* BENJAMIN B. BROCKIE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00790-3, Robert D. Austin, J., entered June 2, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27228-1-III.   Division Three.   November 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON S. STANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03815-3, Ellen K. Clark, J., entered June 3, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.